COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-18-00767-CV

Style:     Lawrence Frances Zuntych v. Karen Ann Walding-Zuntych

Date motion filed*:     August 19, 2019

Type of motion:     Final Motion for Extension of Time to File Appellee's Brief

Party filing motion:     Pro se appellee Karen Ann Walding-Zuntych

Document to be filed:     Appellee's brief

Is appeal accelerated?     No.

If motion to extend time:

      Original due date:     June 5, 2019

      Number of extensions granted:     2     Current Due Date: August 19, 2019

      Date Requested:     October 7, 2019 (124 days from original deadline)

Ordered that motion is:

      ☒ Granted, in part

          If document is to be filed, document due: September 19, 2019.

          ☒ **No further extensions of time will be granted.**

      ☐ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      ☒ Other: _Because the pro se appellee's third extension request claims that she has hired new counsel, Adam Looney, who needs time to catch up on the case and complete the brief, her request is **granted, in part**, until September 19, 2019, but with **no further extensions to be granted**. *See* TEX. R. APP. P. 38.6(d). The Court directs Adam Looney to file a notice of appearance within 10 days of the date of this Order._

Judge's signature: ___/s/ Evelyn V. Keyes_____

            ☑ Acting individually     ☐ Acting for the Court

Date: __August 22, 2019_____